UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLOMBIA

LOU HOBBS,
      Petitioner,

      v.

UNITED STATES OF AMERICA,
      Respondent.

:
:    No:94cr 00375-01
:
:
:
:
:

MOTION FOR IMMEDIATE RELEASE OR
RESENTENCING, PURSUANT TO THE
FIRST STEP ACT, SECTION 404 OF
THE FIRST STEP ACT (2018).

Now comes Lou Hobbs, petitioner, hereinafter, who Respectfully moves this Honorable Court for his Immediate release or resentencing under Section 404 of the recently enacted First Step Act. On December 21, 2018, Congress passed and the President of the United States, signed into law the First Step Act of 2018, Pub.L. No. 115-391, 32 Stat 5194, which made retroactive some provisions of the fair sentencing act [of 2010, Pub.L. 111-220: 124 Stat 2372].

Petitioner is currently serving a Life sentence, for being a leader alleged with others members of drug trafficking conspiracy to possess with intent to distribute Cocaine and Cocaine base in

-1-

violation of 21 USC §§§841(a)(1), and 846, 841(b)(1)(A). While incarcerated for more then twenty years, petitioner has participated in numerous Bureau of prison Programs and Educational courses.

Furthermore, petitioner has a 18 USC §3582(c)(2) motion under amendment 782 (2015), pending before the court. Thus, based upon the First Step Act and Amendment 782 (also retroactive), petitioner sentence now ~~ellas~~ CAlls for immediate release.

## STANDARD OF REVIEW

Enacted in 2018, Section 404 of the First Step Act authorizes retroactive application of Section 2 and 3 of the fair sentencing Act to defendants who were sentenced for crack cocaine offenses committed prior to August 3, 2010. The fair sentencing Act of 2010, reduced future statutory penalties for cocaine base offenses in order to alleviate the serve sentencing disparity between crack and powder cocaine.

Specifically Section 404 of the First Step Act permits a Court that imposed a sentence for a covered offense to impose a reduced sentence as if section 2 and 3 of the fiar sentence Act of 2010, were in effect at the time the covered pffense was committed. Nothing in this language restricts eligibility to defendants who were only convicted of  a singular violation of a federal criminal statute whose penalties were modified by section 2 or 3  of the fair sentencing act. So long as a defendant was convicted of a violation- i.e. at least one violation - for which the penalties were modified

by section 2 or 3 of the act.

Eligibility for relief under the First Step Act thus turns not on whether a conviction, even if it incorporates several violations of criminal statutes is a covered offense but whether there is a conviction of a violation of a criminal statute for which the statutory penalties were modified by section 2 or 3 of the fair sentencing act. Because the fiar sentencing act modified the penalties for a crime involving 50 grams or more of crack cocaine that crime is a covered offense for purposes of the First Step Act, which petitioner was sentence under and is eligible for relief.

According to the First Step Act and Amendment 782, petitioner should be resentenced to time served and immediate release.

Respectfuuly Submitted,

Lou Hobbs

F.C.I., Butner-2
P.O. Box 1500
Butner, N.C. 27509

1·22·20

6·23·20

Lou Hobbs

-3-

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 94-375 (RCL) |
| | : | |
| LOU HOBBS, | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO EXTEND THE DEADLINE
## FOR FILING A SUPPLEMENT TO PRO SE MOTION

Mr. Lou Hobbs, the defendant, through undersigned counsel, respectfully moves this Honorable Court to extend the deadline for filing a supplement to the pro se motion filed by Mr. Hobbs. In support of this motion, undersigned counsel respectfully submits the following:

1. On August 5, 1997, this Court sentenced Mr. Hobbs to three concurrent sentences: two life sentences for Count One of Cr. No. 94-375 and Count One of Cr. No. 95-104; and 480 months imprisonment for Count Two of Cr. No. 94-375.

2. On October 27, 2016, Mr. Hobbs filed a pro se motion requesting a sentencing reduction pursuant to 18 U.S.C. § 3582(c). Thereafter, on June 30, 2017, the Probation Office filed a memorandum outlining the probation office's position regarding the pro se filing.

3. On July 10, 2017, this Court ordered that the Federal Defender's Office respond within fifteen days of the order as to whether or not a supplement to the pro se motion will be filed. After reviewing the records, undersigned counsel needs additional time to gather documents and confer with Mr. Hobbs about his pro se motion. Therefore, the Federal Defender's Office respectfully requests an additional 60 days to decide about the filing of a supplemental motion.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                :

    v.                                  :           Cr. No. 94-375 (RCL)

LOU HOBBS,                              :

Defendant                               :

### DEFENDANTS UNOPPOSED SUPPLEMENT
### TO HIS MOTION FOR REDUCTION OF SENTENCE

    Comes Now, Lou Hobbs, Defendant, proceeding pro se and herewith files this Supplement to his pro se Motion For Reduction Of Sentence pursuant to 18 U.S.C. §3582(c). In support therefor he respectfully submits the following.

### BACKGROUND

1. On August 5, 1997, this court sentenced Mr. Hobbs. To three concurrent sentences: Two life sentences for count one of Cr-94-375 and count one of Cr-95-104 and 480 months imprisonment for count two of Cr-94-375.

2. On October 27, 2016 Mr. Hobbs, filed a pro se motion requesting a sentence reduction pursuant to 18 U.S.C.§ 3582(c).

3. On July 25, 2017 Mr. Hobbs, through his counsel filed an unopposed motion for an extension or time to file a supplement to his previously filed motion requesting a reduction of his sentence pursuant to 18 U.S.C.§ 3582(c).

4. On October 31, 2017, Mr. Hobbs discovered that his counsel formally withdrew from representation in addition to the fact that his counsel never filed the requested supplement.

5. In support of his previously filed motion for reduction of sentence, Mr. Hobbs, respectfully, submits to this Honorable court the following documents for the courts consideration.

**EXHIBIT (A)** Inmate's education transcript:

6. Mr. Hobbs, respectfully submits that during the period of his incarceration he has taken and completed hundreds of hours of education and completed multiple educational courses as reflected on exhibit (A).

**EXHIBIT (B)** Inmate's disciplinary record:

7. Mr. Hobbs, respectfully submits to this court exhibit (B) attached hereto: when i Wherein Mr. Hobbs, has had only minor incidents during his over (23) years of incarceration as reflected on exhibit (B).

8. Mr. Hobbs humbly and respectfully asks, this court to consider these documented representations when considering his motion for reduction of sentence.


Therefore, Mr. Hobbs respectfully asks this court to grant his motion for a reduction of his sentence pursuant to 18 U.S.C.§ 3582(c).

Respectfully Submitted;

Lou Hobbs

11-02-17

6-23-20

2 of 2 pages

```
 BUHSS              *    INMATE EDUCATION DATA          *    01-12-2017
PAGE 001 OF 001 *             TRANSCRIPT             *        09:07:28

REGISTER NO: 00596-748      NAME..: HOBBS              FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: BUH-BUTNER FMC

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
BUH  ESL HAS    ENGLISH PROFICIENT       10-03-1997 1227 CURRENT
BUH  GED HAS    COMPLETED GED OR HS DIPLOMA 10-10-1997 1556 CURRENT

------------------------- EDUCATION COURSES -------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE EVNT AC LV   HRS
BUH MS     REAL ESTATE 2                 10-25-2017 CURRENT
BUH MS     REAL ESTATE                   07-05-2017 10-10-2017  P   C  P    24
OTV GP     REAL ESTATE ACE CLASS         06-20-2016 12-19-2016  P   C  P    20
OTV GP     IC3 CERT./ OFFICE XP          07-09-2011 04-27-2012  P   C  M   106
OTV GP     DEALING WITH TENNAGERS        12-15-2010 12-15-2010  P   C  P    16
OTV GP     DEALING WITH TENNAGERS        12-01-2009 12-01-2009  P   C  P    16
OTV GP     STEP TRAINING FOR PARENTING   06-19-2009 07-31-2009  P   C  P    16
OTV GP     CAREER PLANNING W/O*NET ASSESS 01-25-2009 02-26-2009 P   C  P    30
OTV GP     MONEY MATTERS: THURS 1-3      11-15-2008 12-17-2008  P   C  P    20
OTV GP     EDUCATION ORIENTATION - AM    08-15-2008 08-15-2008  P   C  P     3
CAA        HEALTH ASPECTS OF FAST FOOD.  04-22-2007 04-22-2007  P   C  P     3
CAA        RPP VICTIM IMPACT             08-22-2005 11-18-2005  P   C  P    20
ALM        OSHA SAFETY TRAINING ACE CRS  06-06-2005 08-19-2005  P   C  P    10
ALM        PR STRESS MANAGEMENT ENROLLED 02-06-2004 05-09-2004  P   C  P    48
ALM        MENTOR PROGRAM ENROLLED       01-01-2004 07-14-2004  P   W  I     0
ALM        PRE-RELEASE VICTIM IMPACT     01-12-2004 02-26-2004  P   C  P     8
ALM        SELF AWARENESS CLASS ACE      02-14-2002 03-28-2002  P   C  P    14
ALM        ANCIENT EGYPTAIN ACE CLASS    03-07-2001 05-03-2001  P   C  P    22
ALM        NUTRITION CLASS IN RECREATION 01-20-2000 04-17-2000  P   C  P    18
ALM        ACE SONG WRITING CLASS IN REC 10-30-1999 01-07-2000  P   C  P    20
ALM        A.C.E. TYPING                 07-01-1999 08-19-1999  P   C  P    18
ALM        A.C.E. LIFE SCIENCE COURSE    02-24-1999 04-17-1999  P   C  P    18
ALM        BUSINESS   (ACE-EVE/BEG CLASS) 10-19-1998 12-23-1998 P   C  P    24
ALM        INTERMEDIATE SPAN ACE(THR EVE) 10-21-1998 12-16-1998 P   C  P    20
ALM        ACE AFRICAN HISTORY CLASS     02-23-1998 04-23-1998  P   C  P    24

G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
                              INMATE DISCIPLINE DATA           *    03-03-2017
     BUHYV          *        CHRONOLOGICAL DISCIPLINARY RECORD  *    09:44:08
  PAGE 001 OF 001  *

  REGISTER NO: 00596-748 NAME..: HOBBS, LOU    LIMIT TO ___ MOS PRIOR TO 03-03-2017
  FUNCTION...: PRT       FORMAT: CHRONO
  -----------------------------------------------------------------------------
  -----------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 2825326 - SANCTIONED INCIDENT DATE/TIME: 03-10-2016 0935
  UDC HEARING DATE/TIME: 03-14-2016 0940
  FACL/UDC/CHAIRPERSON.: OTV/ORANGE/DECICCO
  REPORT REMARKS.......: GUILTY BASED ON SEC 11 OF THE IR AND INMATES OWN
                         ADMISSION OF GUILT
     302  MISUSING AUTH MEDICATION - FREQ: 1
          LP COMM    / 30 DAYS / CS
          COMP:  LAW:   LOSS OF COMMISSARY FOR 30 DAYS
  -----------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 2211407 - SANCTIONED INCIDENT DATE/TIME: 08-18-2011 1200
  DHO HEARING DATE/TIME: 09-21-2011 1345
  FACL/CHAIRPERSON.....: OTV/BANKS J.M.
  REPORT REMARKS.......: ADMITTED FIGHTING SOLER 17776-014
     201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
          DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
          COMP:  LAW:   30 DAYS D/S, SUSPENDED
          LP COMM    / 5 MONTHS / CS
          COMP:  LAW:   5 MONTHS LOSS OF COMMISSARY
          LP OTHER   / 2 MONTHS / CS
          COMP:  LAW:   2 MONTHS LOSS OF TRULINCS E-MAIL
  -----------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 1120975 - SANCTIONED INCIDENT DATE/TIME: 07-07-2003 1855
  UDC HEARING DATE/TIME: 07-11-2003 1610
  FACL/UDC/CHAIRPERSON.: ALM/UNIT 3B/C. MOSER
  REPORT REMARKS.......: 20 HOURS X-DUTY
     302  MISUSING AUTH MEDICATION - FREQ: 1
          EXTRA DUTY / 10 HOURS / CS
          COMP:  LAW:   10 HOURS X-DUTY
     305  POSSESSING UNAUTHORIZED ITEM - FREQ: 2
          EXTRA DUTY / 10 HOURS / CS
          COMP:  LAW:   10 HOURS X-DUTY
  -----------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 772772 - SANCTIONED INCIDENT DATE/TIME: 04-15-2000 0915
  UDC HEARING DATE/TIME: 04-18-2000 1010
  FACL/UDC/CHAIRPERSON.: ALM/UNIT 3B/STORK
  REPORT REMARKS.......: 30 DAYS COMMISSARY RESTRICTIONS
     307  REFUSING TO OBEY AN ORDER - FREQ: 1
          LP OTHER   / 30 DAYS / CS
          COMP:  LAW:   30 DAYS COMMISSARY REST.

  G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Aaron Knill # 32544-037